[No. 41031-1-II. Division Two. July 26, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CORY J. FOSTER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-00134-8, Paula Casey, J., entered August 4, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall and Johanson, JJ.

[No. 41063-0-II. Division Two. July 26, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MONTIAE C. McHENRY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-02250-7, Thomas P. Larkin, J., entered July 2, 2010. *Remanded with intructions* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall and Johanson, JJ.

[No. 41195-4-II. Division Two. July 26, 2011.]

*In the Matter of the Dependency of* L.T.

Appeal from a judgment of the Superior Court for Clallam County, No. 10-7-00192-2, W. Brent Basden, J. Pro Tem., entered August 17, 2010. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Hunt, J.

[No. 28657-6-III. Division Three. July 28, 2011.]

FRANCIS CLARK ET AL., *Appellants*, v. JR's QUALITY CARS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-2-05059-3, Harold D. Clarke III, J., entered November 19, 2009. *Reversed* and *remanded with instructions* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Siddoway, JJ.